```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 18710
   PAMELA M JAMES
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9313

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/21/2008 and was confirmed 09/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED VEHIC    14547.59        255.53        716.91
SANTANDER CONSUMER USA   UNSEC W/INTER   NOT FILED           .00           .00
MIDAMERICA BANK FSB      CURRENT MORTG         .00           .00           .00
MIDAMERICA BANK FSB      MORTGAGE ARRE         .00           .00           .00
CITY OF CHICAGO DEPT OF  UNSEC W/INTER     1260.00           .00           .00
VILLAGE OF SOUTH HOLLAND UNSEC W/INTER   NOT FILED           .00           .00
RMI/MCSI                 UNSEC W/INTER         .00           .00           .00
MIDAMERICA FEDERAL SAVIN MORTGAGE NOTI   NOT FILED           .00           .00
WELLS FARGO AUTO FINANCE UNSEC W/INTER    21409.42           .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,891.50                        .00
TOM VAUGHN               TRUSTEE                                         77.56
DEBTOR REFUND            REFUND                                            .00

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  1,050.00

PRIORITY                                              .00
SECURED                                            716.91
    INTEREST                                       255.53
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                77.56
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                   1,050.00                1,050.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 18710 PAMELA M JAMES

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |